# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 3, 2013

### NO. 03-13-00436-CV

**North Forest Independent School District; Dr. Linda Robinson, Individually and as a Member of the North Forest Independent School District Board of Trustees and Dr. Silvia Brooks Williams, Individually and as a Member of the North Forest Independent School District Board of Trustees, Appellants**

**v.**

**Michael L. Williams, State Commissioner of Education; and Lizzette Gonzales Reynolds, Chief Deputy Administrator and Deligee of Defendant Michael L. Williams, State Commissioner of Education, Appellees**

---

**APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE PEMBERTON**

---

**THIS DAY** came on to be submitted to this Court appellants' motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.